CVB SCAN DEC 09, 2015 11:48

# United States District Court
## Violation Notice

CVB Location Code
GU 20

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| R 3191104 | J. Teresi | T2792 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 11/30/2015 | 9GCA Ch 70.442 |

Place of Offense
AAFES Parking lot / Bldg 2406

Offense Description
Leaving children unattended or
unsupervised in motor vehicle

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Haughton | Jennifer | L |

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| JNX 6559 | PA | 12 | Buick | Gold |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

DD Form 1805 (Rev. 07-00)
Original CVB Copy
Previous edition is obsolete

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 30 Nov , 2015 while exercising my duties as a law enforcement officer in the y160/2nd District of Guam

It was relayed to me by the BDOC of two children left unattended in a running vehicle. The vehicle was located by Castillo in the AAFES parking lot. Houghton was paged via the store intercom where she was 155 stated it was her vehicle with her children ages 2 and 3, and that she had been inside for about 10 minutes with the car on. For further information Reference 36 SFS Blotter 30 Nov 2015 entry 79

Witness:
Alberto Castillo / Defender
Jimmy Clark / Defender A

The foregoing statement is based upon:
✓ my personal observation  ✓ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 30 Nov 2015
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

Case 1:16-po-00006   Document 1   Filed 01/05/16   Page 1 of 1