# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

Jennifer L. Houghton

CASE NUMBER: **PO-16-00006**

Defendant(s).

| TYPE OF CASE: | | |
|---|---|---|
| | X CVB | CRIMINAL |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 3rd Floor, U.S. Courthouse | **3rd Floor Courtroom** |
| 520 West Soledad Avenue | DATE AND TIME |
| Hagatna, Guam 96910 | |

TYPE OF PROCEEDING

## Initial Appearance

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | MOVED TO DATE AND TIME: |
|---|---|---|
| 3rd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | January 19, 2016 at 9:00 am. | February 2, 2016 9:00 a.m |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| January 12, 2016 | /s/ WALTER M. TENORIO |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO: