**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: PO-16-00006     DATE: February 02, 2016

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio     Electronically Recorded: 9:27 - 9:29

**APPEARANCES:**
Defendant: Jennifer L. Houghton     Attorney:
DEFENDANT NOT PRESENT
☐ Present  ☐ Custody  ☐ Bond  ☐ P.R.
U.S. Attorney: Aaron Pike     U.S. Agent:
U.S. Probation: None Present
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance on CVB Citation R3191104**
- Court orders that a summons be issued for the defendant to appear on March 1, 2016 at 9:00 a.m.

NOTES: