**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: PO-16-00006　　　　　　　　　　DATE: March 01, 2016

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:21-9:24

**APPEARANCES:**
Defendant: Jennifer L Hougton　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Carina Podgorski / Aaron Pike
U.S. Probation: None Present
Interpreter:

**PROCEEDINGS: Initial Appearance**
- Defendant admitted to the allegations. Judgment imposed as follows:
  Fine: $65.00
  Processing Fee: $25.00
  Special Assessment Fee: $10.00

  Court advised defendant of appeal rights.

NOTES:

I, Virginia T. Kilgore, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.